FILED: August 26, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1679 (L)

(4:13-cv-00249-RBH)

_____

SONO IRISH, INC., d/b/a Nibils

      Plaintiff - Appellant

v.

TOWN OF SURFSIDE BEACH; EDWIN L. BOOTH; CECIL CHANDLER; WILLIAM REMPFER

      Defendants - Appellees

_____

O R D E R

_____

The court extends the briefing schedule as follows:

Appendix due: 10/14/2015

Opening brief due: 10/14/2015

Opening/response brief due: 11/13/2015

Response/reply brief due: 12/14/2015

Any reply brief: 14 days from service of response/reply brief.

For the Court--By Direction

<u>/s/ Patricia S. Connor, Clerk</u>