FILED: November 20, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1679 (L)
(4:13-cv-00249-RBH)
_____

SONO IRISH, INC., d/b/a Nibils

  Plaintiff - Appellant

v.

TOWN OF SURFSIDE BEACH; EDWIN L. BOOTH; CECIL CHANDLER; WILLIAM REMPFER

  Defendants - Appellees

_____

No. 15-1736
(4:13-cv-00249-RBH)
_____

EDWIN L. BOOTH

  Defendant - Appellant

v.

SONO IRISH, INC., d/b/a Nibils

  Plaintiff - Appellee

 and

TOWN OF SURFSIDE BEACH; CECIL CHANDLER; WILLIAM REMPFER

    Defendants

------------------------

No. 15-1821
(4:13-cv-00249-RBH)

------------------------

TOWN OF SURFSIDE BEACH

    Defendants - Appellant

v.

SONO IRISH, INC., d/b/a Nibils

    Plaintiff - Appellee

and

EDWIN L. BOOTH; CECIL CHANDLER; WILLIAM REMPFER

    Defendants

------------------------

RULE 42(b) MANDATE

------------------------

    This court's order dismissing this appeal pursuant to Local Rule 42(b) takes effect today.

    This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                                        */s/Patricia S. Connor, Clerk*